UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AINSLEY LOPEZ,

           Plaintiff,

-against-

FRANK BISIGNANO, Commissioner of Social Security,.[1]

           Defendant.

25-CV-0536 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's filing in this case remains due as scheduled.

DATED: October 3, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this action.