UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AINSLEY LOPEZ,

               Plaintiff,

  -against-

FRANK BISIGNANO, Commissioner of Social Security,[1]

               Defendant.

25-CV-0536 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's reply brief in further support of the motion to remand was due by October 20, 2025. (*See* ECF 6, Order.) Plaintiff has not yet filed a reply brief. Plaintiff's deadline to file a reply brief is extended nunc pro tunc to **October 27, 2025**. If Plaintiff fails to comply with the new deadline, the briefing for the motion to remand will be deemed complete.

DATED:  October 21, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this action.