UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AINSLEY LOPEZ,

                Plaintiff,

  -against-

FRANK BISIGNANO, Commissioner of Social Security,[1]

                Defendant.

25-CV-0536 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff has failed to timely file a reply in further support of her motion to remand, notwithstanding that I issued an order (ECF 13) making clear that the deadline was still applicable and then sua sponte extended the deadline (ECF 14). Accordingly, I shall consider this motion to be fully briefed.

DATED:  October 29, 2025
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge

---

[1]    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this action.