**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
AINSLEY L.,

                       Plaintiff,                      25 **CIVIL** 0536 (GRJ)

      -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated February 06, 2026, Plaintiff's Motion to Remand and/or for Judgment on the Pleadings is DENIED and this case is DISMISSED. Judgment is entered in favor of the Commissioner; accordingly, this case is closed.

**Dated:**  New York, New York

      February 11, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                 **BY:**         _____
                                **Deputy Clerk**